# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTWAUN VONTRELL LEE,**

    **Plaintiff,**

v.                                                  Case No. 1:20-cv-59-AW-GRJ

**U.S. DISTRICT COURT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 30, 2020 Report and Recommendation. ECF No. 5. I have also considered de novo the Plaintiff's objections. ECF No. 6. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed."

3. The clerk will close the file.

SO ORDERED on April 13, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge